UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEANA NIX,

      Plaintiff,

v.                                                                    Case No: 8:20-cv-1525-SDM-JSS

UNITED STATES OF AMERICA,

      Defendant.

_____/

## **ORDER**

THIS MATTER is before the Court on Defendant's submission of Sophia Sanchez's personnel file for *in camera* review in compliance with the Court's Order (Dkt. 32).

The Court previously granted in part Plaintiff's Motion to Compel and directed Defendant to provide Ms. Sanchez's personnel file to the Court for an *in camera* review. (Dkt. 32 at 1–2.)  Defendant was further directed to provide Plaintiff with a privilege log regarding the personnel file.  (*Id.*)  After a hearing on the Motion, Defendant furnished Ms. Sanchez's personnel file and a privilege log to the Court.  Upon review, the Court concludes that the submitted documents are not relevant to the case.  The Court further finds that Defendant has produced to Plaintiff all relevant discovery related to the personnel file that is proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1); *Gonzalez v. GEICO Gen. Ins. Co.*, No. 8:15-cv-240-T-30TBM, 2016 WL 7734076, at * 2 (M.D. Fla. Apr. 15, 2016) ("Although the federal rules generally allow

for liberal discovery in civil matters, such is not unbounded.  The Court must consider proportionality to the needs of the case."); *Moss v. Geico Indem. Co.*, No. 5:10-cv-104-Oc-10TBS, 2012 WL 682450, at *5 (M.D. Fla. Mar. 2, 2012) (noting that personnel files contain private information and that courts "should exercise caution in permitting the discovery of information which may embarrass non-party employees").  Defendant has therefore complied with its discovery obligations with respect to the personnel file issues raised in the Motion to Compel.

      **DONE** and **ORDERED** in Tampa, Florida, on September 13, 2021.

                                                   _____

                                                   JULIE S. SNEED

                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record